# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN E. TAYLOR, JR. #R66376 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| ILLINOIS DEPARTMENT OF | ) Case No.: 21-cv-04116 |
| CORRECTIONS; WEXFORD HEALTH | ) Hon. John Robert Blakey |
| SOURCES, INC.; MARLENE HENZE, | ) |
| Center, in her individual and official capacities; | ) **JURY TRIAL DEMANDED** |
| DAVID GOMEZ, prior Warden, Stateville | ) |
| Correctional Center, in his individual capacity; | ) |
| CHARLES TRUITT, Warden, Stateville | ) |
| Correctional Center, in his individual and | ) |
| official capacities; LUCIANA GALINDO, | ) |
| prior Healthcare Administrator, Stateville | ) |
| Correctional Center, in her individual | ) |
| capacity; MICHELLE MILLER, prior Director | ) |
| of Nursing, Stateville Correctional Center, | ) |
| in her individual capacity; MICHELLE SMITH, | ) |
| Director of Nursing, Stateville Correctional Center, | ) |
| in her individual and official capacities, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, April 3, 2024 at 11:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable John R. Blakey or whomever may be sitting in his place or stead at the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present Defendants' Wexford Health Sources, Inc., Marlene Henze, Michelle Miller and Michelle Smith's Unopposed Motion for a Confidentiality Protective Order.

Respectfully submitted,

By: /s/ Christopher J. Garavaglia
*One of the Attorneys for Defendants*
*Wexford Health Sources, Inc.; Marlene Henze,*
*Michelle Smith, and Michelle Miller*

Robert S. Tengesdal (#6288650)
Jeffrey J. Escher (#6289438)
Christopher J. Garavaglia (#6323928)
CONNOLLY KRAUSE LLC
500 West Madison Street
Suite #3900
Chicago, IL 60661
(312) 253-6200
rtengesdal@cktrials.com
jescher@cktrials.com

### CERTIFICATE OF SERVICE

     I hereby certify that on the date set forth below, I caused the foregoing document to be filed electronically with the Clerk of the Court through ECF and served on all counsel of record

Dated: March 25, 2024

                                              By: /s/ *Christopher J. Garavaglia*
                                              Attorney for Defendants