UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN E. TAYLOR, JR. #R66376 ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ILLINOIS DEPARTMENT OF ) <br> CORRECTIONS; WEXFORD HEALTH ) <br> SOURCES, INC.; MARLENE HENZE, ) <br> Center, in her individual and official capacities; ) <br> DAVID GOMEZ, prior Warden, Stateville ) <br> Correctional Center, in his individual capacity; ) <br> CHARLES TRUITT, Warden, Stateville ) <br> Correctional Center, in his individual and ) <br> official capacities; LUCIANA GALINDO, ) <br> prior Healthcare Administrator, Stateville ) <br> Correctional Center, in her individual ) <br> capacity; MICHELLE MILLER, prior Director ) <br> of Nursing, Stateville Correctional Center, ) <br> in her individual capacity; MICHELLE SMITH, ) <br> Director of Nursing, Stateville Correctional Center, ) <br> in her individual and official capacities, ) <br> ) <br> Defendants. ) | Case No.: 21-cv-04116 <br> Hon. John Robert Blakey <br><br> **JURY TRIAL DEMANDED** |

<u>**RE-NOTICE OF MOTION**</u>

**TO:** VIA ECF
Attorneys of Record

On **April 24, 2024 at 11:00 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge John R. Blakey** or any Judge sitting in his stead, in the courtroom usually occupied by him in **Room 1203** at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Defendants, Wexford Health Sources, Inc., Marlene Henze, Michelle Miller, and Michelle Smith's Motion to Amend Confidentiality Protective Order,** a copy of which is attached hereto.

/s/Christopher J. Garavaglia
Robert S. Tengesdal (#6288650)
Jeffrey J. Escher #6289438
Christopher J. Garavaglia #6323928
CONNOLLY KRAUSE LLC
500 West Madison Street, Suite #3900
Chicago, Illinois 60661
Tel: (312) 253-6200
Email: rtengesdal@cktrials.com
jescher@cktrials.com
cgaravaglia@cktrials.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 17, 2024, I caused the foregoing document to be filed electronically with the Clerk of the Court through ECF and to be served upon all counsel of record by filing the same with the CM/ECF system.

/s/Christopher J. Garavaglia